UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFERY RANK, *et al.*,

    Plaintiffs,

v.

GREGORY J. JENKINS,

    Defendant.

No. 07-cv-1157 (CKK)

**MOTION FOR THE ADMISSION OF CHRISTOPHER A. HANSEN
AS ADDITIONAL COUNSEL FOR PLAINTIFFS,** *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission *pro hac vice* of Christopher A. Hansen as additional counsel for the plaintiffs in these cases.

Mr. Hansen's declaration, as required by Local Civil Rule 83.2(d), is filed herewith.

    Respectfully submitted,

    /s/ *Arthur B. Spitzer*

    _____
    Arthur B. Spitzer (D.C. Bar No. 235960)
    American Civil Liberties Union
      of the National Capital Area
    1400 20th Street, N.W. #119
    Washington, D.C. 20036
    Tel. (202) 457-0800
    Fax. (202) 452-1868

    Counsel for Plaintiffs

July 4, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFERY RANK, *et al.*,

        Plaintiffs,

v.

GREGORY J. JENKINS

        Defendant.

No. 07 cv 1157

**DECLARATION OF CHRISTOPHER A. HANSEN**

Pursuant to Local Rule 83.2(d), I, Christopher A. Hansen, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.    My full name is Christopher A. Hansen.

2.    I am an attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 17th floor, New York, NY 10004. My office telephone number is 212-549-2606. My office fax number is 212-549-2651.

3.    I was admitted by examination to the Bar of the State of New York in 1973 and remain a member in good standing. I am a member in good standing of the bars of the United States Supreme Court, the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Tenth, and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York.

4.    I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

6.     I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 26 day of June, 2007.

*Christopher C. Hansen*
Christopher A. Hansen