UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFERY RANK, *et al.,*

          Plaintiffs,

    v.

GREGORY J. JENKINS,

          Defendant.

No. 07-cv-1157-CKK

## CERTIFICATION OF FAMILIARITY WITH LOCAL RULES

Pursuant this Court's order of July 16, 2007, and supplementing my declaration of June 26, 2007, I hereby certify that I am familiar with the Local Civil Rules of this Court.

Respectfully submitted,

 /s/ *Christopher A. Hansen*
_____
Christopher A. Hansen
American Civil Liberties Union Foundation
125 Broad St. – 18th floor
New York, NY 10004
Tel. (212) 549-2606
Fax (212) 549-2651

One of counsel for plaintiffs

July 17, 2007