IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY RANK, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREGORY J. JENKINS,<br><br>　　　　　Defendant. | No. 07-cv-1157 (CKK) |

**NOTICE OF FILING PROOF OF SERVICE**

　　　Please take notice that plaintiff is filing herewith the declaration of Timothy Bercovitz attesting to service of the summons and complaint in this case upon defendant Gregory J. Jenkins.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/ *Arthur B. Spitzer*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Arthur B. Spitzer, D.C. Bar No. 235960
　　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　　　　　　　　　　　　　of the National Capital Area
　　　　　　　　　　　　　　　　　　　　　1400  20th Street, N.W. #119
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036\
　　　　　　　　　　　　　　　　　　　　　(202) 457-0800

　　　　　　　　　　　　　　　　　　　　　Counsel for plaintiff

August 12, 2007

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| ARTHUR B. SPITZER<br>AMERICAN CIVIL LIBERTIES UNION<br>1400 20TH STREET, N.W.<br>SUITE 119<br>WASHINGTON, DC 20036<br>Telephone No: 202-457-0800   FAX No: 202-452-1868 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U. S. STATES DISTRICT COURT, DISTRICT OF COLUMBIA

Plaintiff: JEFFERY RANK, ET AL.
Defendant: GREGORY J. JENKINS

| AFFIDAVIT OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:07-CV-01157 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; JURY DEMANDED TRIAL COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE; INITIAL ELECTRONIC CASE FILING ORDER; ELECTRONIC CASE FILES ATTORNEY/PARTICIPANT REGISTRATION FORM

3. a. Party served:    GREGORY J. JENKINS, DEFENDANT

4. Address where the party was served:    4094 RIVOLI
   NEWPORT BEACH, CA 92660

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 06, 2007 (2) at: 7:30AM

7. Person Who Served Papers:    Fee for Service:
   a. Timothy Bercovitz
   b. First Legal Investigations
      301 Civic Center Drive West
      SANTA ANA, CA 92702
   c. (714) 550-1375

8. I declare under penalty of perjury under the laws of the State of Washington, DC and under the laws of the United State America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE SUMMONS    (Timothy Bercovitz)    313954.artsp.74416