UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFERY RANK, *et al.*,

                 Plaintiffs,

v.                                         No. 07-cv-1157 (CKK)

GREGORY J. JENKINS

                 Defendant.

**DECLARATION OF SERVICE OF PROCESS**

      I, Arthur B. Spitzer, hereby depose and state:

      1. I am over 18 years of age and am not a party to the above captioned action.

      2. I made service of process upon the Attorney General of the United States in the above-captioned action by mailing a copy of the summons and complaint to him by certified mail, No. 7003-1010-0003-8451-8665, on July 6, 2007. The mail was received at the Department of Justice on July 10, 2007, as attested by the attached U.S. Postal Service return receipt.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed this 15th day of July, 2007.

                                                        /s/ *Arthur B. Spitzer*

                                                        Arthur B. Spitzer

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): JUL 1 0 2007   C. Date of Delivery |
| 1. Article Addressed to:<br>Alberto Gonzales<br>Attorney General, US<br>Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 8451 8665 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540