IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFERY RANK, *et al.*,

        Plaintiffs,

v.

GREGORY J. JENKINS,

        Defendant.

No. 07-cv-1157 (CKK)

**NOTICE OF FILING PROOF OF SERVICE ON UNITED STATES ATTORNEY**

      Please take notice that plaintiff is filing herewith the declaration of Paula Shapiro attesting to service of the summons and complaint in this case upon the United States Attorney for the District of Columbia.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____
Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036\
(202) 457-0800

Counsel for plaintiff

August 12, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY RANK, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>GREGORY J. JENKINS<br><br>　　　　　　　Defendant. | No. 07-cv-1157 (CKK) |

### DECLARATION OF SERVICE OF PROCESS

I, Paula Shapiro, hereby depose and state:

1. I am over 18 years of age and am not a party to the above captioned action.

2. I made service of process upon the United States Attorney for the District of Columbia in the above-captioned action by hand-delivering a copy of the summons and complaint to his agent, Ms. Kenita Ward, Docket Clerk, at 501 3rd Street, N.W., Washington, D.C., on July 6, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of July, 2007.

　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　Paula Shapiro