IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFERY RANK, *et al.,*

        Plaintiffs,

v.

GREGORY J. JENKINS,

        Defendant.

No. 07-cv-1157 (CKK)

**NOTICE OF DISMISSAL WITH PREJUDICE
AS TO PLAINTIFFS JEFFERY AND NICOLE RANK**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(i), and in consideration of the $80,000 to be paid to them by the United States, plaintiffs Jeffery Rank and Nicole Rank hereby dismiss their actions against defendant Gregory Jenkins with prejudice, each party to bear his or her own costs (including attorneys' fees).

    The actions of plaintiffs Leslie Weise and Alex Young remain open.

    The Clerk will please change the caption of this case to <u>Leslie Weise, *et al.* v. Gregory J. Jenkins</u>.

                          Respectfully submitted,

                          /s/ *Arthur B. Spitzer*

                          Arthur B. Spitzer, D.C. Bar No. 235960
                          American Civil Liberties Union
                            of the National Capital Area
                          1400  20th Street, N.W. #119
                          Washington, D.C. 20036
                          (202) 457-0800

                          Counsel for Plaintiffs

August 28, 2007