UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LESLIE WEISE & ALEX YOUNG** : | |
| Plaintiffs : | |
| v. : | Civil Action No. **07cv1157** |
| : | Judge Colleen Kollar-Kotelly |
| **GREGORY J. JENKINS** : | |
| Defendant : | |

## ORDER

Upon consideration of the *Defendant's Motion to Dismiss or in the Alternative to Stay*, and Plaintiffs' response thereto, and it appearing to the Court that this action has been properly filed as a protective lawsuit, it is hereby this 21st day of September, 2007,

**ORDERED** that this action is STAYED pending further order of the Court; it is

**FURTHER ORDERED** that the parties shall file a joint report as to the status of the litigation in the Colorado cases every 90 days (first joint status report due by December 20, 2007); and it is

**FURTHER ORDERED** that Defendant's Motion to Dismiss is Denied without prejudice

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**COLLEEN KOLLAR-KOTELLY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**