IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE WEISE;
ALEX YOUNG

       Plaintiffs,

    v.                                No. 07-cv-1157-CKK

GREGORY J. JENKINS

       Defendant.

**JOINT STATUS REPORT**

As directed by this Court's September 21, 2007 Order, the parties submit this joint report on the status of their litigation in Colorado. As the Court will recall, plaintiffs have filed an essentially identical lawsuit against defendant in Colorado. In both cases, plaintiffs allege that it is the policy of the White House Office of Presidential Advance to prohibit people opposed to the President's policies from attending his official speeches. They further allege that this policy constitutes viewpoint discrimination in violation of the First Amendment.

Because Defendant indicated that he intends to move to dismiss the Denver case on the ground that there is no personal jurisdiction over him in Colorado, plaintiffs filed this protective lawsuit in Washington, D.C. In its September 21, 2007 Order, the Court stayed this lawsuit and directed the parties to file a joint status report on the Colorado litigation every 90 days, beginning on December 20, 2007.

The Colorado case against Jenkins was consolidated with another Colorado lawsuit arising out of the same incident against different federal defendants. By the time plaintiffs filed suit against Jenkins, the district court had denied the other defendants'

motion to dismiss on the basis of qualified immunity, and the other defendants had appealed to the Tenth Circuit. The case against Jenkins was stayed until the Tenth Circuit issued its decision in the related case.

On November 20, 2007, the Tenth Circuit issued a decision dismissing the defendants' appeal for lack of jurisdiction. The District of Colorado has scheduled a status conference with the parties in both cases for January 7, 2007.

        Respectfully submitted,

        Christopher A. Hansen
        American Civil Liberties Union Foundation
        125 Broad St. – 18th floor
        New York, NY 10004
        (212) 549-2606
        Fax (212) 549-2651

        /s/ *Arthur B. Spitzer*
        _____
        Arthur B. Spitzer (D.C. Bar No. 235960)
        American Civil Liberties Union
         of the National Capital Area
        1400 20th Street NW, Suite 119
        Washington DC 20036
        (202) 457-0804
        Fax (202) 452-1868

        Counsel for Plaintiffs

        /s/ *J. Marcus Meeks*
        _____
        J. Marcus Meeks (D.C. Bar No. 472072)
        Trial Attorney
        United States Department of Justice
        Torts Branch
        P.O. Box 7146
        Ben Franklin Station
        Washington D.C. 20044
        (202) 616-4176 (voice)
        (202) 616-4314 (fax)

        Counsel for Defendants

December 18, 2007