UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LESLIE WEISE, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-1157 (CKK) |
| : | |
| GREGORY J. JENKINS, *et al.*, : | |
| : | |
| Defendants. : | |

## LINE TO ENTER APPEARANCE

Please enter the appearance of the following counsel for the Defendant Todd W. Beyer in this matter:

> Paul L. Knight (D.C. Bar No. 911594)
> O'Connor & Hannan, L.L.P.
> 1666 K Street, N.W., Suite 500
> Washington, D.C.  20006
> Telephone:  (202) 887-1400

Dated:  May 8, 2008

Respectfully submitted,

/s/ Paul L. Knight
Paul L. Knight (D.C. Bar No. 911594)
O'CONNOR & HANNAN, L.L.P.
1666 K Street, N.W., Suite 500
Washington, D.C.  20006-2803
(202) 887-1400

154457_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, a copy of the foregoing was served on the following via first class mail, postage pre-paid:

Christopher A. Hanson
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY  10004

All other counsel of record shall be served via electronic filing notification.

/s/ Paul L. Knight
Paul L. Knight