UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE WEISE, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1157 (CKK) |
| GREGORY J. JENKINS, *et al.*, | : |
| Defendants. | : |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c) and (d), Defendant Todd Beyer, through his attorney, Paul L. Knight, Esquire, hereby moves the admission *pro hac vice* of Marc S. Raspanti, Esquire, and Sarah R. Lavelle, Esquire, to appear in open court as Mr. Beyer's counsel and to file papers in the above-captioned matter.  In support thereof, the following is submitted:

1. Although Paul L. Knight, Esquire, will serve as local counsel for Defendant Beyer, Marc S. Raspanti, Esquire, and Sarah R. Lavelle, Esquire, are familiar with the factual and legal issues presented in this litigation.

2. As evidenced by the Declaration of Marc S. Raspanti, attached hereto as Exhibit A, Mr. Raspanti is duly licensed to practice law in the State of Pennsylvania and is a member in good standing.  He has never been subjected to disciplinary action.  He is familiar with, and will abide by, the Local Civil Rules of this Court.

3. As evidenced by the Declaration of Sarah R. Lavelle, attached hereto as Exhibit B, Ms. Lavelle is duly licensed to practice law in the States of Pennsylvania and New Jersey and

154453_1.DOC

is a member in good standing in each of these states.  She has never been subjected to disciplinary action.  She is familiar with, and will abide by, the Local Civil Rules of this Court.

4.	It is submitted that the collective knowledge, experience, and familiarity of Mr. Raspanti and Ms. Lavelle in the handling of this type of litigation will be invaluable to Defendant Beyer and, therefore, Defendant Beyer requests that they be permitted to appear as counsel, *pro hac vice*, in this matter.

WHEREFORE, Defendant Todd Beyer respectively requests the entry of an Order permitting Marc S. Raspanti, Esquire, and Sarah R. Lavelle, Esquire, to appear as his counsel, *pro hac vice*, in this matter.

Dated:  May 8, 2008                                                              Respectfully submitted,

/s/ Paul L. Knight
Paul L. Knight (D.C. Bar No. 911594)
O'Connor Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, DC  20006-2803
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

*Counsel for Defendant Todd Beyer*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2008, a copy of the foregoing *Motion for Admission Pro Hac Vice* was served on the following via first class mail, postage pre-paid:

Christopher A. Hanson
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY  10004


All other counsel of record shall be served via electronic filing notification.


/s/ Paul L. Knight
Paul L. Knight

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE WEISE, *et al.*,

        Plaintiffs,

        v.                               Civil Action No. 07-1157 (CKK)

GREGORY J. JENKINS, *et al.*,

        Defendants.

## DECLARATION OF MARC S. RASPANTI

Pursuant to Local Rule 83.2(d), I, Marc S. Raspanti, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*, and I declare as follows:

1. My full name is Marc S. Raspanti.

2. I am a partner with the law firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, located at 1818 Market Street, Suite 3402, Philadelphia, Pennsylvania 19103. My office telephone number is (215) 320-6200. My office fax number is (215) 981-0082.

3. I have been admitted to the Bar of Pennsylvania, and I am a member in good standing. In addition, I have been admitted to practice in the following courts: Supreme Court of the United States of America; District of Columbia Court of Appeals (currently inactive); United States Court of Appeals for the Third Circuit; United States Court of Appeals for the Second Circuit; United States District Court, Eastern District of Pennsylvania; United States District Court, Middle District of Pennsylvania; United States District Court, Southern District of New York.

154455_1.DOC

4. I have never been subjected to disciplinary action in any jurisdiction in which I have been admitted to practice. I further understand my continuing obligation promptly to advise this Court of any disciplinary proceeding that may be instituted.

5. I have not been admitted *pro hac vice* in this Court within the previous two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am familiar with the Local Civil Rules of this Court.

8. I hereby certify that no good reason or cause exists to deny my request for admission *pro hac vice* in this matter.

I certify under the penalties of perjury that the foregoing is true.

Executed this 8th day of May, 2008.

_____
MARC S. RASPANTI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE WEISE, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1157 (CKK) |
| GREGORY J. JENKINS, *et al.*, | : |
| Defendants. | : |

## DECLARATION OF SARAH R. LAVELLE

Pursuant to Local Rule 83.2(d), I, Sarah R. Lavelle, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*, and I declare as follows:

1. My full name is Sarah R. Lavelle.

2. I am an associate with the law firm of Pietragallo Gordon Alfano Bosick & Raspanti, LLP, located at 1818 Market Street, Suite 3402, Philadelphia, Pennsylvania 19103. My telephone number is (215) 320-6200. My office fax number is (215) 981-0082.

3. I have been admitted to the Bars of Pennsylvania and New Jersey, and I am a member in good standing in each of these states. In addition, I have been admitted to practice in the following courts: United States District Court, Eastern District of Pennsylvania; United States District Court, Middle District of Pennsylvania; United States District Court, District of New Jersey.

4. I have never been subjected to disciplinary action in any jurisdiction in which I have been admitted to practice. I further understand my continuing obligation promptly to advise this Court of any disciplinary proceeding that may be instituted.

154456_1.DOC

5. I have not been admitted *pro hac vice* in this Court within the previous two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am familiar with the Local Civil Rules of this Court.

8. I hereby certify that no good reason or cause exists to deny my request for admission *pro hac vice* in this matter.

I certify under the penalties of perjury that the foregoing is true.

Executed this 8th day of May, 2008.

_____
SARAH R. LAVELLE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESLIE WEISE, *et al.*, : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 07-1157 (CKK) |
| GREGORY J. JENKINS, *et al.*, : | |
| Defendants. : | |

ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant Todd Beyer's Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that Marc S. Raspanti, Esquire, and Sarah R. Lavelle, Esquire, shall be admitted *pro hac vice* in the above-captioned matter.

BY THE COURT:


_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

154452_1.DOC