UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LESLIE WEISE, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 07-1157 (CKK) |
| GREGORY J. JENKINS, *et al.*, | : | |
| Defendants. | : | |

UNOPPOSED MOTION TO STAY
PROCEEDINGS AS TO DEFENDANT TODD W. BEYER

Defendant Todd W. Beyer, through undersigned counsel, hereby submits his Unopposed Motion to Stay Proceedings. In support thereof, the following is submitted:

1.  On June 28, 2007, Plaintiffs, Leslie Weise and Alex Young, filed a Complaint against Defendant, Gregory J. Jenkins, alleging that they were removed from a presidential appearance in Colorado based on a viewpoint expressed by Plaintiffs. Plaintiffs further allege that their removal was pursuant to policies "adopted and implemented" by Defendant Jenkins as former Director of the White House Office of Presidential Advance. Plaintiffs sued Defendant Jenkins in his individual capacity.

2.  Prior to commencing this action, on March 15, 2007, Plaintiffs filed a lawsuit against Defendant Jenkins in the District of Colorado arising out of the same incident and asserting the same allegations. *See Weise, et al. v. Jenkins, et al.*, No. 07-cv-515 (D. Colo.).

3. In the Colorado action, Defendant Jenkins moved to dismiss, *inter alia*, on the ground that the United States District Court for the District of Colorado does not have personal jurisdiction over him.

4. The parties are awaiting a decision by the United States District Court for the District of Colorado as to Defendant Gregory J. Jenkins' Motion to Dismiss or, in the Alternative, for Summary Judgment.

5. On September 4, 2007, Defendant Jenkins filed a Motion to Dismiss or, in the Alternative, to Stay this action.

6. Plaintiffs partially consented to stay this action until the United States District Court for the District of Colorado resolved the jurisdictional issue as to Defendant Jenkins.

7. The Court entered an order staying this action on September 21, 2007 ("the Order") (Dkt. #14).

8. The Order stayed this action pending further order of the Court. The Order also ordered the parties to file a joint report as to the status of the litigation in the Colorado cases every ninety (90) days.

9. On March 19, 2008, Plaintiffs filed an Amended Complaint naming Todd W. Beyer as an additional Defendant in this action. Plaintiffs allege that their removal from a presidential appearance in Colorado was pursuant to policies "adopted and implemented" by Defendant Beyer, as former Director of the White House Office of Presidential Advance. Plaintiffs sued Defendant Beyer in his individual capacity.

10. Plaintiffs and Defendant Jenkins do not oppose staying this proceeding as to Defendant Beyer.

11.  Plaintiffs and Defendant Jenkins also do not oppose providing Defendant Beyer sixty (60) days from the date that the stay is lifted by the Court to file and serve an answer and/or a motion under Federal Rule of Civil Procedure 12.

WHEREFORE, Defendant Todd W. Beyer respectively requests the entry of an Order to stay proceedings as to him and to provide him with sixty (60) days from the date that the stay is lifted by the Court to file and serve an answer and/or a motion under Federal Rule of Civil Procedure 12.

Dated:  May 19, 2008                                    Respectfully submitted,

/s/ Paul L. Knight
Paul L. Knight (D.C. Bar No. 911594)
O'Connor Hannan, LLP
1666 K Street, N.W., Suite 500
Washington, DC  20006-2803
Telephone:  (202) 887-1400
Facsimile:  (202) 466-3215

/s/ Marc S. Raspanti
Marc S. Raspanti
Sarah R. Lavelle
Pietragallo Gordon Alfano Bosick &
  Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA   19103
Telephone:  (215) 320-6200

*Counsel for Defendant Todd W. Beyer*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, a copy of the foregoing *Unopposed Motion to Stay Proceedings as to Todd W. Beyer* was served on the following via first class mail, postage pre-paid:

Christopher A. Hanson
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY  10004


All other counsel of record shall be served via electronic filing notification.


/s/ Paul L. Knight
Paul L. Knight

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LESLIE WEISE, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 07-1157 (CKK) |
| GREGORY J. JENKINS, *et al.*, | : |
| Defendants. | : |

ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of the Unopposed Motion to Stay Proceedings as to Defendant Todd W. Beyer, it is hereby

ORDERED that this action is stayed as to Defendant Todd W. Beyer; and it is

FURTHER ORDERED that Defendant Todd W. Beyer will have sixty (60) days from the date that this Court lifts the stay to file and serve an answer and/or a motion under Federal Rule of Civil Procedure 12.

SO ORDERED.

BY THE COURT:

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge