IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE WEISE
ALEX YOUNG,

        Plaintiffs,

v.

GREGORY J. JENKINS
TODD W. BEYER,

        Defendants.

No. 07-cv-1157 (CKK)

**NOTICE OF FILING OF WAIVER OF SERVICE
BY DEFENDANT TODD W. BEYER**

Please take notice that plaintiffs are filing herewith the waiver of service of process executed by counsel on behalf of defendant Todd W. Beyer.

        Respectfully submitted,

        /s/ *Arthur B. Spitzer*

        _____
        Arthur B. Spitzer, D.C. Bar No. 235960
        American Civil Liberties Union
          of the National Capital Area
        1400 20th Street, N.W. #119
        Washington, D.C. 20036\
        (202) 457-0800

        Counsel for plaintiff

May 30, 2008



**PIETRAGALLO**
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

ATTORNEYS AT LAW

1818 MARKET STREET, SUITE 3402
PHILADELPHIA, PA 19103
215.320.6200  FAX: 215.981.0082

May 14, 2008

VIA REGULAR MAIL AND FACSIMILE

Arthur B. Spitzer
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW
Suite 119
Washington, D.C. 20036

    Re: <u>Weise & Young v. Jenkins & Beyer</u>

Dear Mr. Spitzer:

    Enclosed please find the Waiver of the Service of Summons signed on behalf of Todd W. Beyer.

    Please do not hesitate to contact me with any questions that you may have.

                    Very truly yours

                    SARAH R. LAVELLE

SRL/amm
Enclosure
1355913

cc: Todd W. Beyer (via regular mail, w/enc.)
    Christopher A. Hansen, Esquire (via facsimile, w/enc.)
    J. Marcus Meeks, Esquire (via electronic mail, w/enc.)
    Paul L. Knight, Esquire (via facsimile, w/enc.)

MAR-27-2008 05:31   FROM:SHOCKLEY PUBLIC STRA 7033476016        TO:2024565214        P:2/3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESLIE WEISE
ALEX YOUNG

   Plaintiffs,

v.                                    No. 07-cv-1157 (CKK)

GREGORY J. JENKINS
TODD W. BEYER

   Defendants.

## WAIVER OF THE SERVICE OF SUMMONS

To Arthur B. Spitzer

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an ~~answer or a motion under Rule 12 within 60 days from March 21, 2008, the date~~ SV when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5/14/08         Signature: /s/ [signature] on behalf of
                                 Todd W. Beyer
                                 *Todd W. Beyer*